**TQP DEVELOPMENT LLC,**
**Plaintiff-Appellant**

v.

**NEWEGG, INC., Defendant-**
**Cross-Appellant**

**2016-1262**
**2016-1297**

United States Court of Appeals,
Federal Circuit.

February 27, 2017

MARC AARON FENSTER, Russ August & Kabat, Los Angeles, CA, argued for plaintiff-appellant. Also represented by ADAM S. HOFFMAN, PAUL ANTHONY KROEGER, BENJAMIN T. WANG.

DANIEL H. BREAN, The Webb Law Firm, Pittsburgh, PA, argued for defendant-cross-appellant. Also represented by KENT E. BALDAUF, JR.; MARK A. LEMLEY, Durie Tangri LLP, San Francisco, CA; EDWARD R. REINES, Weil, Gotshal & Manges LLP, Redwood Shores, CA.

(Newman, Moore, and O'Malley, Circuit Judges).

### JUDGMENT

Per Curiam

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.

No costs.